Ronald H. Hoevet, OSB #75174
Celia Howes, OSB #03345
HOEVET, BOISE & OLSON, P.C.
1000 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: rhoevet@hoevet-boise.com
       chowes@hoevet-boise.com

Of Attorneys for Defendant Saladino

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. CR 07-535-01-BR |
|---|---|
| Plaintiff, | NOTICE OF EXPERT EVIDENCE OF MENTAL CONDITION |
| v. | |
| JOSEPH OQUENDO SALADINO, | |
| Defendant. | |

Pursuant to Federal Rules of Criminal Procedure, Rule 12.2(b), defendant gives notice of his intent to introduce expert evidence relating to a mental condition of the defendant bearing on the issue of guilt. Specifically, defendant intends to introduce expert evidence negating criminal intent and affirming defendant's good faith belief that he was complying with the tax laws, not conspiring to defraud the United States by deceitful and dishonest means.

DATED this 10th day of September, 2009.

/s/ Celia Howes
Celia Howes, OSB #033450
Of Attorneys for Defendant Saladino

PAGE 1 - NOTICE OF EXPERT EVIDENCE OF MENTAL CONDITION

K:\saladino\Pleadings\notice.expert.wpd

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112