**LAURIE BENDER, OSB #88157**
Laurie Bender, P.C.
735 S.W. First Avenue
2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768

ATTORNEY FOR RICHARD J. ORTT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| Plaintiff, ) | No. CR 07-535 (5) BR |
| vs. ) | ***EX PARTE* MOTION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE** |
| **RICHARD J. ORTT**, ) | |
| Defendant. ) | |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, defendant, Richard J. Ortt, who is indigent, applies for an Order allowing defendant to subpoena up to thirty (30) witnesses; costs and fees incurred to be paid as provided by 28 C.F.R. §§21.1 *et seq*.

RESPECTFULLY SUBMITTED this 6th day of October, 2009.

            */s/ Laurie Bender*
            Laurie Bender, OSB #88157
            Attorney for Defendant
            RICHARD J. ORTT

Solo - *EX PARTE* MOTION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE

LAURIE BENDER, P.C.
Attorney at Law
735 S.W. First Avenue
2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768