KENT S. ROBINSON
 Acting United States Attorney
District of Oregon
ALLAN M. GARTEN, OSB #812360
Assistant United States Attorney
allan.garten@usdoj.gov
MICHELLE KERIN, OSB #965278
Special Assistant United States Attorney
michelle.kerin@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000

        Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 07-535-BR** |
| **v.** | **GOVERNMENT'S SECOND AMENDED EXHIBIT LIST** |
| **JOSEPH OQUENDO SALADINO, ET AL.** | |
| **Defendants.** | |

The United States of America, by and through Kent S. Robinson, Acting United States

Attorney for the District of Oregon, Allan M. Garten, Assistant United States Attorney and

Michelle Holman Kerin, Special Assistant United States Attorney, hereby submits the following

second amended exhibit list for the trial commencing November 3, 2009:

/ / /

/ / /

| No. | Description | Bates No. |
|-----|-------------|-----------|
| 1 | Email dated Jan. 20, 2003 from Joe Saladino to Dennis Styles re: blank money orders | GJ002040 |
| 2 | Letter dated June 30, 2004 from Dennis Styles to Joseph Saladino re: resignation letter | DS000004 - DS000005 |
| 3 | Email dated Dec. 29. 2003 from Joe Saladino to Dennis Styles re: COR-FAQ-2003-12-09-doc | GJ002522 - GJ002539 |
| 4 | Email dated Jan. 10, 2003 from Joe Saladino to Dennis Styles re: 1040x | GJ002031 |
| 5 | Freedom and Privacy Committee website re: FPC Product/Service Rates | CI000016 - CI000018 |
| 6 | Freedom and Privacy Committee website re: Membership Benefits | CI000020 - CI000022 |
| 7 | Freedom and Privacy Committee website re: Claim of Right Tax Freedom Introduction | CI000023 |
| 8 | Freedom and Privacy Committee website re: Claim of Right Program | CI000024 |
| 9 | Freedom and Privacy Committee 1040x Processing Center Manual | GJ002473 - GJ002496 |
| 10 | Freedom and Privacy Committee Claim of Right Manual | GJ002506 - GJ002521 |
| 11 | Certified 1999 Form 1040x re: Dennis Styles | TAX006209 - TAX006224 |
| 12 | Work Log prepared by Dennis Styles dated 2004-02-29 re: 1040x | D3 Business Hard Drive |
| 13 | Certified Complaint and Judgment for Permanent Injunction Order re: United States v. Dennis Styles, No. 04-CV-258 **(ID ONLY)** | GOV015285 - GOV015301 |
| 14 | Freedom and Privacy Committee Services Applications dated 06-06-02 re: Nancy Lloyd **(ID ONLY)** | SW074968 - SW074979 |
| 15 | Certified 1994 Form 1040x re: Nancy Lloyd | TAX003492 - TAX003510 |

Page 2 -        GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| 16 | 1998 Form 843 re: Nancy Lloyd | GOV007646 - GOV007672 |
|----|-------------------------------|------------------------|
| 17 | Letter dated Sept. 13, 2004 from Richard Fuselier to Internal Revenue Service re: Composite return filing for Richard Fuselier, Richard Ortt, and Nancy Lloyd | GOV007673 - GOV007686 |
| 18 | Letter dated August 24, 2004 from Richard Fuselier to Internal Revenue Service re: Form 56 for Nancy Lloyd | NL000001 - NL000011 |
| 19 | Power of Attorney dated 3-15-04 re: Nancy Lloyd | NL000012 - NL000013 |
| 20 | Letters dated August 2004 from Richard Ortt re: Nancy Lloyd Appeal | NL000014 - NL000015 |
| 21 | Letter dated 4/2/2004 from Internal Revenue Service to Nancy Lloyd re: 1994 frivolous filing | NL000020 - NL000021 |
| 22 | Certified court document dated 10-21-03 re: State of North Carolina v. Nancy Lloyd **(ID ONLY)** | NL000022 - NL000023; NL000048 |
| 23 | 1994 Form 843 re: Nancy Lloyd | NL000028 - NL000032 |
| 24 | Letter dated 4/2/2004 from Internal Revenue Service to Nancy Lloyd re: 1996 frivolous filing **(ID ONLY)** | NL000046 - NL000047 |
| 25 | Compensation Consultants invoices 1994-2002 re: Nancy Lloyd | NL000182 - NL000190 |
| 26 | Wings of Freedom seminar announcement dated Dec. 7, 2002 | NL000575 - NL000603 |
| 27 | Freedom and Privacy Committee Claim of Right FAQ | NL000910 - NL000911 |
| 28 | Freedom and Privacy Committee National Director Contract dated April 18, 2007 re: Nancy Lloyd | NL000510 - NL000513 |
| 29 | Freedom and Privacy Committee Tactical Freedom CD | NL000509 |
| 30 | Certified US Court of Federal Claims document dated Oct. 21, 2004 re: Nancy Lloyd v. United States, 04-1570T | CT_DOCS0000428 - CT_DOCS0000439 |

| 31 | Certified Complaint and Judgment for Permanent Injunction Order re: United States v. Nancy Lloyd, No. 04-CV-274 **(ID ONLY)** | GOV015302 - GOV015316 |
|----|----|----|
| 32 | Freedom and Privacy Committee Claim of Right Services Application dated July 28, 2002 re: Charlene Chapin **(ID ONLY)** | SW077625 - SW077627 |
| 33 | Freedom and Privacy Committee 1040x Tax Freedom Services Application dated 3-15-03 re: Charlene Chapin **(ID ONLY)** | SW077619 - SW077621 |
| 34 | Freedom and Privacy Committee Corporation Sole Services Application dated 3-15-03 re: Charlene Chapin | SW077628 |
| 35 | Certified 1999 Form 1040X re: Charlene Chapin **(ID ONLY)** | TAX000870 - TAX000889 |
| 36 | Certified 2000 Form 1040X re: Charlene Chapin **(ID ONLY)** | TAX000890 - TAX000904 |
| 37 | Certified 2001 Form 1040X re: Charlene Chapin | TAX000908 - TAX000932 |
| 38 | Certified 2002 Form 1040X re: Charlene Chapin **(ID ONLY)** | TAX000933 - TAX000969 |
| 39 | Certified 2003 Form 1040X re: Charlene Chapin **(ID ONLY)** | TAX000971 - TAX000982 |
| 40 | $10,336.25 refund check dated May 9, 2003 re: Thomas and Charlene Chapin | SW061878 |
| 41 | Frivolous filing letters dated 2003 from State of Colorado Department of Revenue to Thomas and Charlene Chapin | SW067703; SW067625; SW067630; SW067635 - SW067636 |
| 42 | Frivolous filing letter dated 9/29/03 from Internal Revenue Service to Thomas and Charlene Chapin | SW067668; SW067674 - SW067676 |
| 43 | After the Seminar Recap Invoice re: Charlene Chapin | SW067600 |
| 44 | Freedom and Privacy Committee Seminar handout re: The Claim of Right Program FAQ | RB000001 - RB000006 |

| 45 | Freedom and Privacy Committee Seminar handout re: Freedom Guaranteed, Religion Defined | RB000007 |
|----|----|----|
| 46 | Denver 10/4/03 Registration Information re: seminar | RB000008 |
| 47 | Freedom and Privacy Committee Seminar handout re: Claim of Right | RB000011 |
| 48 | Freedom and Privacy Committee Seminar handout re: Corporation Sole | RB000015 - RB000022 |
| 49 | Email dated July 1, 2003 between Joe Saladino and Cajun Mike re: 2003-07 Mgmt Team Minutes | GJ002790- GJ002792 |
| 50 | Certified Complaint and Judgment for Permanent Injunction Order re: United States v. Thomas and Charlene Chapin, No. 04-WM-610 **(ID ONLY)** | GOV015317 - GOV015334 |
| 51 | Freedom and Privacy Committee Expatriation Services Application dated 4-2-02 re: William Ramsey | SW080167 - SW080169 |
| 52 | Expatriation document dated April 22, 2002 re: William Ramsey | WR000018 - WR000063 |
| 53 | Freedom and Privacy Committee 1040x Tax Freedom Services Application dated 7-12-02 re: William Ramsey | SW080158 - SW080161 |
| 54 | Certified 1999 Form 1040x re: William Ramsey **(ID ONLY)** | TAX005249 - TAX005260; TAX005262 - TAX005275 |
| 55 | Certified 2001 Form 1040x re: William Ramsey **(ID ONLY)** | TAX005060 - TAX005217 |
| 56 | Certified 2002 Form 1040x re: William Ramsey | TAX005325 - TAX005334 |
| 57 | Certified 2003 Form 1040x re: William Ramsey **(ID ONLY)** | TAX005335 - TAX005351 |
| 58 | $6,529.27 refund check dated 2-14-03 re: William Ramsey | SW062537 - SW062539 |
| 59 | Certified Request for Review to the Appeal Office of the IRS dated May 2, 2003 re: William Ramsey **(ID ONLY)** | TAX005296 - TAX005323 |
| 60 | Letter dated Jan. 31, 2002 from Internal Revenue Service to William Ramsey re: 1999 frivolous filing | TAX005299 - TAX005300 |

| 61 | RESERVED | |
|----|----------|---|
| 62 | Notice and Order dated July 12, 2004 re: US Court of Federal Claims, David Gustafson to multiple parties | WR000569 - WR000572, WR000576 |
| 63 | Affidavit and Statement Worksheet for Alleged Tax Year - 2000 re: William Ramsey | WR000582 - WR000585 |
| 64 | Fax dated 12/27/2001 re: Citizen's Rights Task Force Expatriation Application, Charles Lettenmaier | SW074887 - SW074895 |
| 65 | Expatriation document dated Jan. 29, 2002 re: Charles Lettenmaier | CL000515 - CL000556 |
| 66 | Freedom and Privacy Committee 1040x Tax Freedom Services Application dated 10-09-02 re: Charles Lettenmaier **(ID ONLY)** | SW074880 - SW074882 |
| 67 | Certified 1998 Form 1040 re: Charles Lettenmaier **(ID ONLY)** | TAX002620 - TAX002690 |
| 68 | Certified 1999 Form 1040 re: Charles Lettenmaier **(ID ONLY)** | TAX002694 - TAX002700 |
| 69 | Certified 2000 Form 1040 re: Charles Lettenmaier **(ID ONLY)** | TAX002772 - TAX002778 |
| 70 | Certified 2001 Form 1040 re: Charles Lettenmaier **(ID ONLY)** | TAX002812 - TAX002820 |
| 71 | $3,384 refund check dated 11-29-02 re: Charles Lettenmaier | SW061910 |
| 72 | $4,328 refund check dated 1-3-03 re: Charles Lettenmaier | SW061911 - SW061912 |
| 73 | Letter dated July 7, 2003 from Internal Revenue Service to Charles Lettenmaier re: 1998 Disallowance of Claim | TAX002638 - TAX002640 |
| 74 | After the Seminar Recap Invoice re: Marcel Bendshadler | SW062356 |
| 75 | Affidavit, Postal Order, and Power of Attorney dated Jan. 18, 2001 re: Donald Piano | DP000001 - DP000003 |
| 76 | Letter dated Jan. 24, 2001 from Tax Protestor Tax Services to Colorado Department of Revenue re: Donald Piano | DP000004 |
| 77 | Letter dated Sept. 15, 2003 from Compensation Consultants to Linda Piano re: Form 3115 | LP000018 - LP000020 |

| 78 | Request for Signatures dated Jan. 9, 2004 from Compensation Consultants to Linda Piano | LP000021 - LP000028 |
|----|----|----|
| 79 | Certified 1993 Form 1040x re: Linda Piano **(ID ONLY)** | TAX004165 - TAX004179 |
| 80 | Certified 1994 Form 1040x re: Linda Piano **(ID ONLY)** | TAX004041 - TAX004083 |
| 81 | Certified 1995 Form 1040x re: Linda Piano **(ID ONLY)** | TAX004274 - TAX004284 |
| 82 | Certified 1997 Form 1040x re: Linda Piano **(ID ONLY)** | TAX004421 - TAX004437 |
| 83 | Letter dated Dec. 10, 2001 from Internal Revenue Service to Linda Piano re: 1993/1994/1995 Disallowance of Claims | LP000269 - LP000270; LP000193 - LP000194; LP000317 - LP000319 |
| 84 | Letter dated 4/2/2004 from Internal Revenue Service to Linda Piano re: 1995/1997 frivolous filings | LP000347 - LP000348; LP000578 - LP000579 |
| 85 | US Court of Federal Claims re: Donald Piano v. United States, No. 01-169T | DP000116 - DP000117 |
| 86 | US Court of Federal Claims re: Donald Piano v. United States, No. 01-169T; Charles Ledford v. United States, No. 01-170T  **(ID ONLY)** | DP000165 - DP000171 |
| 87 | US Court of Federal Claims Order re: Donald Piano v. United States, No. 01-169T; Charles Ledford v. United States, No. 01-170T | DP000295 - DP000298 |
| 88 | Certified US Court of Appeals Decision August 6, 2002 re: Donald Piano v. United States, No. 01-169T | GOV015879 - GOV016027 |
| 89 | Certified US Court of Appeals Decision August 6, 2002 re: Charles Ledford v. United States, No. 01-170T | GOV016028 - GOV016173 |
| 90 | Client Newsletter, March 2005, #12 | LP000084 - LP000085 |

| 91 | Letter dated Sept. 10, 2003 from Internal Revenue Service to John Sanderson re: 2000/2001 frivolous filings | TAX006045 - TAX006046 |
|---|---|---|
| 92 | Letter dated Dec. 19, 2003 from Internal Revenue Service to John Sanderson re: 2001 Disallowance of Claim | TAX006055 - TAX006057 |
| 93 | Letter dated Dec. 8, 2003 from Internal Revenue Service to Nickole Rocha re: Notice of Penalty Charge | TAX005559 |
| 94 | Letter dated 06/23/2004 from Internal Revenue Service to Gary Clark re: Notice of Deficiency | TAX001227 - TAX001239 |
| 95 | Internal Revenue Service brochure re: "Why Do I Have to Pay Taxes?" | SW105455 - SW105456 |
| 96 | Schedule of Tax Loss | Disc 43 |
| 97 | Freedom and Privacy Committee Return Log from Ogden Frivolous Return Program (ID ONLY) | |
| 98 | RESERVED | |
| 99 | RESERVED | |
| 100 | Letter dated April 14, 2005 from Joseph Saladino to Secretary of the US Treasury re: Affidavit and Statement for Alleged Tax Years 1998-2004 | IRSCORR00734 - IRSCORR00883 |
| 101 | Fax dated April 7, 2003 from Daniel Hoffman to Joe Saladino re: Claim of Right and 1341 assertion | DH000040 - DH000042 |
| 102 | College of Common Law information post marked Lafayette, LA, April 10, 2003 | DH000009 - DH000039 |
| 103 | Letters dated April 8, 2002 and 4/16/2002 re: Common Law Court info | SW010727 - SW010729 |
| 104 | Email correspondence dated July 11, 2002 between Richard Fuselier and Joe Saladino re: refund checks | GJ003034 - GJ003039 |
| 105 | Email correspondence dated July 14, 2002 between Richard Fuselier and Joe Saladino re: question | GJ001335 - GJ001339 |
| 106 | Email correspondence dated July 30, 2002 between Richard Fuselier and Joe Saladino re: question | GJ001352 - GJ001353 |
| 107 | Efax dated Sept. 11, 2002 from Richard Fuselier to Joe Saladino re: Book 13 | GJ003046 - GJ003048 |

| 108 | Email correspondence dated Sept. 20, 2002 between Richard Fuselier and Joe Saladino re: refunds | GJ003051-GJ003053 |
|-----|---|---|
| 109 | Efax dated Dec. 26, 2002 from Joe Saladino to Richard Fuselier re: Response to State of Iowa Return | GJ001428 - GJ001432 |
| 110 | Efax dated Jan. 8, 2003 from Joe Saladino to Richard Fuselier re: Oregon denial letter | GJ001439 - GJ001447 |
| 111 | Efax dated Jan. 8, 2003 from Joe Saladino to Richard Fuselier re: Disallowance of the 1341 Claim of Right | GJ002022 - GJ002025 |
| 112 | Email correspondence dated Feb. 7, 2003 between Joe Saladino and Richard Fuselier re: Bess DeYoe | GJ002071 - GJ002075 |
| 113 | RESERVED | |
| 114 | Email correspondence dated March 2, 2003 between Joe Saladno and Richard Fuselier re: court case | GOV006038 - GOV006039 |
| 115 | Efax dated April 1, 2003 from Joe Saladino to Richard Fuselier re: Kevin Morse v. United States, No. 03-CV-911, Motion to Dismiss **(ID ONLY)** | GJ001461 - GJ001503 |
| 116 | Efax dated April 2, 2003 from Joe Saladino to Richard Fuselier re: US Response to Debtor's Objection to Claim filed by Internal Revenue Service **(ID ONLY)** | GJ001504 - GJ001531 |
| 117 | Email correspondence dated April 3, 2003 from Joe Saladino to Richard Fuselier re: I'm floundering | GJ002215 |
| 118 | Efax dated April 8, 2003 from Joe Saladino to Richard Fuselier re: Daniel Hoffman and Claim of Right | GJ002234 - GJ002236 |
| 119 | Efax dated April 17, 2003 from Joe Saladino to Richard Fuselier re: Maybe the problem is… | GJ001534 - GJ001536 |
| 120 | Efax dated April 20, 2003 from Joe Saladino to Richard Fuselier re: Response from the US Attorney **(ID ONLY)** | GJ002284 - GJ002307 |
| 121 | Efax dated Sept. 14, 2003 from Richard Fuselier to Joe Saladino re: Richard Fuselier v. United States, No. 03-1750T | GJ003060 - GJ003092 |
| 122 | Email dated Sept. 24, 2002 from Richard Fuselier to Joe Saladino re: $200 on FPC Account **(ID ONLY)** | GJ001354 - GJ001363 |

| 123 | Faxes from Richard Fuselier to Joe Saladino re: Account Ledger | SW021733 - SW021758; SW021817 - SW021872 |
|---|---|---|
| 124 | Certified US Court of Federal Claims document re: Richard Ortt v. United States, 03-1755T | CT_DOCS0000001 - CT_DOCS0000068; CT_DOCS0000083 - CT_DOCS0000088 |
| 125 | Certified US Court of Federal Claims document re: Richard Ortt v. United States, 03-1759T | CT_DOCS0000089 - CT_DOCS0000133; CT_DOCS0000147 - CT_DOCS0000150 |
| 126 - 129 | RESERVED | |
| 130 | Certified US Court of Federal Claims document re: Richard Fuselier v. United States, 04-951T | CT_DOCS0000394 - CT_DOCS0000422 |
| 131 | RESERVED | |
| 132 | Certified US Court of Federal Claims document re: Donald Piano v. United States, 01-169T  **(ID ONLY)** | GOV015883 - GOV015895; GOV015908 - GOV015911; GOV015915 - GOV015956; GOV015964 - GOV016027 |
| 133 | Certified US Court of Federal Claims document re: Charles Ledford v. United States, 01-170T | GOV016028 - GOV016173 |
| 134 | Certified Preliminary Injunction Order dated Feb. 24, 2005, Western District of Louisiana, No. 04-CV-2432 re: Richard Fuselier and Richard Ortt | GOV005886 - GOV005894 |
| 135 | Certified Permanent Injunction Order dated May 9, 2005, Western District of Louisiana, No. 04-CV-2432 re: Richard Fuselier and Richard Ortt | GOV005895 - GOV005904 |

| 136 | Certified Recording dated Oct. 4, 2003 re: Freedom Protection Seminar by SA Ron Bas | Disc 12 |
| 137 | Certified Transcript dated Oct. 4, 2003 re: Recorded Freedom Protection Seminar by SA Ron Bas | Disc 12 |
| 138 | Certified Recording dated Nov. 19, 2003 re: Meeting between SA Ron Bas and Joseph Saladino | Disc 12 |
| 139 | Certified Transcript dated Nov. 19, 2003 re: Recorded meeting between SA Ron Bas and Joseph Saladino | Disc 12 |
| 140 | Certified Recording dated Feb. 5, 2004 re: Meeting between Special Agent Ron Bas and Joseph Saladino | Disc 12 |
| 141 | Certified Transcript dated Feb. 5, 2004 re: Recorded meeting between SA Ron Bas and Joseph Saladino | Disc 12 |
| 142 | Email correspondence dated July 31, 2003 between Joe Saladino and Leon Miles re: Section 1341 | GJ000054 - GJ000055 |
| 143 | Email correspondence dated August 28, 2003 from Joe Saladino to Leon Miles re: Yesterday's meeting **(ID ONLY)** | GJ000065 - GJ000145 |
| 144 | Email correspondence dated Oct. 1, 2003 from Joe Saladino to Leon Miles re: Being an Attorney without a License | GJ000156 - GJ000157 |
| 145 | Research package prepared by Leon Miles and Peter Neise **(ID ONLY)** | DS000058 - DS000097 |
| 146 | Freedom and Privacy Committee Litigator Contract dated July 9, 2002 re: Neal Goldberg | SW061824 - SW061828 |
| 147 | Email correspondence dated July 12, 2003 between Joe Saladino and Neal Golberg re: [ZIF] unrestricted right | GJ000484 - GJ000488 |
| 148 | Email correspondence dated July 17, 2003 between Joe Saladino and Neal Goldberg re: CDPH Information | GJ000489 - GJ000490 |
| 149 | Efax dated Sept. 14, 2003 from Joe Saladino re: Richard Fuselier v. United States, No. 03-1750T | GJ000551 - GJ000584 |
| 150 | Email dated Sept. 18, 2003 from Joe Saladino re: Fax Support | GJ000593 - GJ000594 |
| 151 | Email correspondence dated Oct. 9, 2003 between Joe Saladino and Neal Goldberg re: Gary Clark lost with $5000 frivolous filing | GJ000402 |

| 152 | Email dated Oct. 29, 2003 from Joe Saladino to Neal Goldberg re: IRS Correspondence 031029.xls | GJ000649 - GJ000652 |
|---|---|---|
| 153 | Email dated Dec. 14, 2003 from Joe Saladino to Neal Goldberg re: Court Response #1 | GJ000702 - GJ000777 |
| 154 | Freedom and Privacy Committee Litigator Contract dated Oct. 1, 2003 re: Peter Neise | SW061844 - SW061850 |
| 155 | Email correspondence dated Sept. 17, 2003 between Joe Saladino and Elsa Lopez re: trip | GJ000009 - GJ000013 |
| 156 | Archive 04/03-12/03 Daily Mail/Order Logs; Daily Log | SW042476 - SW042641; SW052103 - SW052137; SW061925; SW061928; SW061948 |
| 157 | Email forward dated May 28, 2003 from Joe Saladino to Jeanette Holmes re: court case | GJ002368 - GJ002382 |
| 158 | Log of IRS Correspondence - IRS, Correspondencenewupdate1.xls | D4 Business Hard Drive |
| 159 | Letter dated June 10, 2002 from Richard Ortt to Michael Dilts re: Form 8275 - Disclosure Statement for the tax period ending 12-31-1999 | MD000002 - MD000008 |
| 160 | Letter dated August 16, 2002 from Richard Ortt to Michael Dilts re: File 1999 - 1040x Amended US Individual Income Tax Return | MD000015 - MD000027 |
| 161 | Letter dated August 16, 2002 from Richard Ortt to Michael Dilts re: Fee Collection | MD000029 - MD000030 |
| 162 | Certified 1999 Form 1040x re: Michael Dilts **(ID ONLY)** | GOV008392 - GOV008406; GOV008410 - GOV008411 |
| 163 | Letter dated May 30, 2003 from Internal Revenue Service to Michael Dilts re: 1999 frivolous filing | MD000031 - MD000034 |
| 164 | Letter dated Oct. 15, 2003 from Richard Ortt to Michael Dilts re: Form 2848 - Power of Attorney and Declaration of Representative | MD000043 - MD000047 |

| 165 | Letter dated April 14, 2004 from Richard Ortt to Michael Dilts re: Claim of Right deduction | MD000148 |
|---|---|---|
| 166 | Letter dated June 16, 2005 from Michael Dilts to Internal Revenue Service re: Tax Year 1999 **(ID ONLY)** | MD000230 |
| 167 | Letter dated Feb. 20, 2004 from Richard Fuselier to Internal Revenue Office, Kansas City, MO re: Legal proceedings for Michael Dilts | GOV008460 - GOV008497 |
| 168 | Email correspondence dated Oct. 13, 2001 between Gary Clark and Joe Saladino re: New Oregon Tax Court case - Request for backup | GJ000264 - GJ000266 |
| 169 | Email dated Dec. 9, 2001 from Gary Clark to Joe Saladino re: Declaration review - 2nd installment | GJ000289 - GJ000327 |
| 170 | Certified court document dated July 31, 2000 re: Gary Clark v. Department of Revenue, No. 4426 **(ID ONLY)** | GOV007349 - GOV007355 |
| 171 | RESERVED | |
| 172 | Email correspondence dated June 24, 2002 between Joe Saladino and Gary Clark re: Response from Richard | GC000084 - GC000094 |
| 173 | Email correspondence dated July 15, 2002 between Gary Clark and Joe Saladino re: Gary Clark's 1999 tax return | GJ000380 - GJ000382 |
| 174 | Email correspondence dated July 15, 2002 between Gary Clark and Joe Saladino re: Richard response 2 of 2 | GJ000412 - GJ000414 |
| 175 | RESERVED | |
| 176 | Email correspondence dated Oct. 12, 2003 between Gary Clark and Joe Saladino re: Claim-of-right bomb from Oregon | GC000180 - GC000196 |
| 177 | Certified 1999 Form 1040 re: Gary Clark **(ID ONLY)** | TAX001216 - TAX001224 |
| 178 | RESERVED | |
| 179 | RESERVED | |
| 180 | Email correspondence dated Oct. 18, 2003 between Joe Saladino and Gary Clark re: Phone call to Richard Comforth | GC000197 - GC000199 |
| 181 | RESERVED | |

| 182 | Email correspondence dated Nov. 11, 2003 between Joe Saladino and Gary Clark re: Are you back from Louisiana? | GC000113 - GC000114 |
|---|---|---|
| 183 - 204 | RESERVED | |
| 205 | Freedom and Privacy Committee Claim of Right Services Application dated 8/25/03 re: Mark Dinger | SW078247 - SW078250 |
| 206 | Certified 1999 Form 1040 re: Mark Dinger **(ID ONLY)** | TAX001532 - TAX001550 |
| 207 | Certified 2000 Form 1040 re: Mark Dinger **(ID ONLY)** | TAX001570 - TAX001588 |
| 208 | Certified 2001 Form 1040 re: Mark Dinger **(ID ONLY)** | TAX001551 - TAX001569 |
| 209 | Certified 2002 Form 1040 re: Mark Dinger **(ID ONLY)** | TAX001589 - TAX001607 |
| 210 | Letter dated Feb. 17, 2004 from Internal Revenue Service to Mark Dinger re: 1999 Disallowance of Claim | SW066553 - SW066562 |
| 211 | Power of Attorney dated 8/30/03 re: Mark Dinger | SW024925 - SW024927 |
| 212 | Letter dated Jan. 16, 2003 from Richard Ortt to Trista Truesdell re: new client worksheet | TT000004 - TT000010 |
| 213 | Compensation Consultants Client/Agent Compensation Agreement dated Jan. 30, 2003 re: Trista Truesdell | TT000063 |
| 214 | Letter dated March 24, 2003 from Richard Ortt to Trista Truesdell re: Form BOE-392 - Power of Attorney | TT000012 - TT000016 |
| 215 | Certified 2000 Form 1040 re: Trista Truesdell **(ID ONLY)** | TAX006451 - TAX006460 |
| 216 | Certified 2001 Form 1040 re: Trista Truesdell **(ID ONLY)** | TAX006601 - TAX006621 |
| 217 | Certified 2002 Form 1040x re: Trista Truesdell | TAX006711 - TAX006720 |
| 218 | Letter dated April 10, 2004 from Richard Ortt to Trista Truesdell re: Letter PRE- 1040x (OSC) dated 4/2/2004 | TT000031 - TT000041 |

| 219 | Handwritten letter dated Oct. 3, 2004 from Trista Truesdell to Compensation Consultants re: termination of agreement | TT000672 - TT000673 |
|---|---|---|
| 220 | Letter dated Oct. 6, 2004 from Richard Ortt to Trista Truesdell re: Your letter dated Oct. 3, 2004 | TT000670 - TT000671; TT000674 - TT000685 |
| 221 | Freedom and Privacy Committee 1040x Tax Freedom Services Application dated 1-2-03 re: Thomas Jr. and Janet Taylor **(ID ONLY)** | SW078414 - SW078418 |
| 222 | Certified 2000 Form 1040x re: Thomas Jr. and Janet Taylor **(ID ONLY)** | TAX006419 - TAX006441 |
| 223 | Certified 2001 Form 1040x re: Thomas Jr. and Janet Taylor **(ID ONLY)** | TAX006292 - TAX006303 |
| 224 | Certified 2002 Form 1040x re: Thomas Jr. and Janet Taylor **(ID ONLY)** | TAX006273 - TAX006289 |
| 225 | $1,929 Personal Money Order dated 09/16/03 payable to M.D.C. re: Thomas Taylor | JT000020 |
| 226 | Letter dated July 11, 2003 from Internal Revenue Service to Thomas Jr. and Janet Taylor re: 2001 frivolous filing **(ID ONLY)** | TAX006304 - TAX006305 |
| 227 | Letter dated Feb. 25, 2005 from Joseph Saladino to Thomas Taylor re: Permanent Injunction Order | JT000001 - JT000006 |
| 228 | Freedom and Privacy Committee Membership Application dated 6/27/03 re: John Sanderson | SW080762 - SW080764 |
| 229 | Freedom and Privacy Committee Claim of Right Services Application dated 6/19/2003 re: John Sanderson | SW080765 - SW080768 |
| 230 | Certified 2000 Form 1040x re: John Sanderson **(ID ONLY)** | TAX005993 - TAX006002 |
| 231 | Certified 2001 Form 1040x re: John Sanderson **(ID ONLY)** | TAX006037 - TAX006044 |
| 232 | Letter dated Oct. 28, 2003 from Richard Ortt to Nickole Rocha re: Request for Signatures, 2002 Form 1040 | NR000261 |
| 233 | Letter dated Dec. 11, 2003 from Richard Ortt to Nickole Rocha re: Request for Signatures, 2002 Form 1040x | NR000282 |

| 234 | 2001 Form 1040 re: Nickole Rocha **(ID ONLY)** | TAX005535 - TAX005540 |
|---|---|---|
| 235 | Certified 2002 Form 1040x re: Nickole Rocha **(ID ONLY)** | TAX005355 - TAX005361 |
| 236 | Receipt dated Feb. 21, 2004 from Richard Ortt to Nickole Rocha re: Amended 1999 Form 1040x | NR000001 - NR000025 |
| 237 | Letter dated Sept. 9, 2004 from Richard Fuselier to Internal Revenue Service re: Composite Return for Nickole Rocha | TAX005364 - TAX005379 |
| 238 | $2,709 United States Treasury check dated 04-12-02 payable to Nickole Rocha | NR000585 |
| 239 | Letter dated May 2, 2003 from Internal Revenue Service to Nickole Rocha re: 2000/2001 frivolous filings | NR000217 - NR000218 |
| 240 | Letter dated June 20, 2003 from Internal Revenue Service to Nickole Rocha re: 1999 frivolous filing | NR000200 - NR000201 |
| 241 | Letter dated June 20, 2003 from Internal Revenue Service to Nickole Rocha re: 2001 frivolous filing | NR000191 - NR000192 |
| 242 | Letter dated June 7, 2004 from Internal Revenue Service to Nickole Rocha re: 1999 Disallowance of Claim | NR000239 - NR000240 |
| 243 | Letter dated July 5, 2004 from Internal Revenue Service to Nickole Rocha re: Notice of Penalty Charge | NR000235 - NR000238 |
| 244 | Invoice dated Oct. 13, 2004 from Richard Ortt to Nickole Rocha re: 2000 Retainer Fee | NR000795 |
| 245 | Invoice dated Oct. 13, 2004 from Richard Ortt to Nickole Rocha re: 2002 Retainer Fee | NR000797 |
| 246 | Freedom and Privacy Committee National Director Contract dated May 30, 2002 re: Cajun Mike Mungovan | SW021670 - SW021677; SW021707 |
| 247 | Summary Chart - Mungovan Income from Freedom and Privacy Committee | Disc 43 |
| 248 | Freedom and Privacy Committee Independent Representative Contract dated April 14, 2003 re: Marcel Bendshadler | SW076755 - SW076756 |
| 249 | Freedom and Privacy Committee Services Applications dated 8-24-03 re: Frank Bellospirito | SW076714 - SW076726 |

| 250 | Freedom and Privacy Committee Services Applications dated 12/22/03 re: Vincent and Melinda Capilla | SW077386 - SW077397 |
|---|---|---|
| 251 | Freedom and Privacy Committee Services Applications dated 5-30-01 re: Judith Corcoran | SW077990 - SW077998 |
| 252 | Freedom and Privacy Committee Services Applications dated June 1, 2001 re: Peggy Honeyman-Scott | SW072343 - SW072352 |
| 253 | Freedom and Privacy Committee Services Applications dated 2-15-02 re: Warren and Vickie Jensen | SW072557 - SW072571 |
| 254 | Freedom and Privacy Committee Services Applications dated 4/4/03 re: Allan Minor | SW075600 - SW075621 |
| 255 | Freedom and Privacy Committee Services Applications dated 08/21/03 re: Thomas and Wendy Raichart | SW080108 - SW080116 |
| 256 | Freedom and Privacy Committee Services Applications dated 09-09-03 re: Franklin Ross Jr. | SW080640 - SW080643 |
| 257 | Freedom and Privacy Committee Services Applications dated 2/14/2002 re: Darlinda Stephens-Gibson | SW081249 - SW081255 |
| 258 | Bendshadler web page printouts | Disc 6 |
| 259 | Recording of August 22, 2005 Internet Radio Show - Constitutional Crusaders | Disc 12 |
| 260 | Transcript of August 22, 2005 Internet Radio Show - Constitutional Crusaders | Disc 12 |
| 261 | William Howard Taft University enrollment materials dated 11/5/02 re: Joseph Saladino | GOV008270 - GOV008348 |
| 262 | Certified court documents re: Joseph Saladino v. United States, No. 03-2262T | CT_DOCS0000179 - CT_DOCS0000336 |
| 263 | Certified court documents re: Joseph Saladino v. United States, No. 03-2243T | GOV016376 - GOV016375 |
| 264 - 267 | RESERVED | |
| 268 | Certified Preliminary Injunction re: United States v. Joseph Saladino, No. CV04-2100 | GOV000380 - GOV000390 |

| 269 | Certified Permanent Injunction re: United States v. Joseph Saladino, No. CV04-2100 | GOV000693 - GOV000703 |
|---|---|---|
| 270 | Certified Judgment re: United States v. Joseph Saladino, No. CV04-2100 | GOV000711 - GOV000714 |
| 271 | Certified Attachments re: United States v. Joseph Saladino, No. CV04-2100 | GOV000284 - GOV000326 |
| 272 - 274 | RESERVED | |
| 275 | Certified 2001 Form 1040 re: Richard Ortt | TAX003980 - TAX003996 |
| 276 | Schedule of Freedom and Privacy Committee refunds/remittances Sept. 2002 - March 2004 | Disc 43 |
| 277 | Email confirmations of receipts dated 2002-2003 re: Freedom and Privacy Committee clients | GJ001654 - GJ001802 |
| 278 | Summary of Claim of Right Payments Received | Disc 43 |
| 279 | Notice Timeline | |
| 280 | Photos re: Joseph Saladino residence | GOV004766, GOV004782 - GOV004783, GOV004791 - GOV004792 |
| 281 | Photos re: Freedom and Privacy Committee office | GOV004884 - GOV004885, GOV004894, GOV004897 |
| 282 | Handwritten note dated 1-17-2002 from Mark Krigbaum to Joe Saladino re: Bram Corp FYE 1/31/01 | SW016997 - SW017023 |
| 283 | Email forward dated May 8, 2003 from Joe Saladino to Jeanette Holmes re: PPF | GOV005928 - GOV005933 |
| 284 | Email dated July 5, 2003 from Charles Lettenmaier to support@freedomcommittee.com, cc Marcel Bendshadler re: return check for 1999-2000 | GOV005936 - GOV005939 |

| 285 | Email forward dated oct. 2, 2003 from Christina Frias to Neal Goldberg re: new letters | GOV005940 - GOV005944 |
|-----|------|------|
| 286 | Form 4340, Certificate of Assessments and Payments for tax years 1989-2007 re: Joseph Saladino | GOV016174 - GOV016226 |
| 287 | Form 4340, Certificate of Assessments and Payments for tax years 1989-2007 re: Michael Mungovan | GOV016227 - GOV016280 |
| 288 | Form 4340, Certificate of Assessments and Payments for tax years 1989-2007 re: Marcel Bendshadler | GOV016281 - GOV016332 |
| 289 | Form 4340, Certificate of Assessments and Payments for tax years 1989-2007 re: Richard Ortt | GOV016333 - GOV016375 |
| 290 | Recording dated July 5, 2005 of Freedom and Privacy Committee conference call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 291 | Transcript dated July 5, 2005 of Freedom and Privacy Committee conference call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 292 | Recording dated Sept. 22, 2005 telephone call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 293 | Transcript dated Sept. 22, 2005 telephone call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 294 | Recording dated Nov. 16, 2005 telephone call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 295 | Transcript dated Nov. 16, 2005 telephone call between IRS Special Agent Christian Hobart and Cajun Mike Mungovan | Disc 12 |
| 296 | Summary of Daily Order Logs | Disc 43 |
| 297 | Summary of Claim of Right Services Applications | Disc 43 |
| 298 | Internal Revenue Service Notice of Intent to Levy dated 10-13-03 re: Nickole Rocha | TAX005615 |
| 299 | Freedom and Privacy Committee Income Summary | Disc 43 |
| 300 | Summary re: Compiled from Exhibit #158 - IRS Correspondencenewupdate1.xls | Disc 43 |

| 301 | Letter dated Jan. 20, 2005 from Michael Dilts to Compensation Consultants re: rescinding Power of Attorney | MD000223 |
|---|---|---|
| 302 | Letter dated April 26, 2004 from Joseph Saladino to Carl Foster re: Summons | CF000002 |
| 303 | Freedom and Privacy Committee 1040x Tracking Sheet dated 10-9-02 re: Charles Lettenmaier | CL000308 - CL000313 |
| 304 | Power of Attorney dated 9/16/03 re: Charles Lettenmaier **(ID ONLY)** | SW025745 - SW025746 |
| 305 | Email conversation dated March 16, 2003 between Joe Saladino and Marcel Bendshadler | GJ002119 - GJ002120 |
| 306 | Email conversation dated March 16, 2003 between Joe Saladino and Marcel Bendshadler | GJ002242 - GJ002243 |
| 307 | Freedom and Privacy Committee Claim of Right Services Application dated 7-14-03 re: Janet Taylor **(ID ONLY)** | SW078409 - SW078413 |
| 308 | Freedom and Privacy Committee Renewal Membership Application dated Jan. 4, 2004 re: Janet Taylor **(ID ONLY)** | SW078396 - SW078400 |
| 309 | Power of Attorney dated 8-15-03 re: Thomas and Janet Taylor **(ID ONLY)** | SW025854 - SW025858 |
| 310 | Fax dated 12-12-03 from Janet Taylor to FPC Support re: IRS INTENT TO LEVY | D4 Business Hard Drive |
| 311 | Email correspondence dated March 20, 2005 between Joe Saladino and Janet Taylor re: year 2002 | JT000017 - JT000018 |
| 312 | Email correspondence dated March 6, 2005 between Joe Saladino and Janet Taylor re: membership | JT000008 - JT000009 |
| 313 | Schedule of Compensation Consultants Federal Tax Returns Filed | |
| 314 | Summary of Tax Returns for Nickole Rocha | |
| 315 | Cover Sheet dated 10/1/03 from Mark Dinger to Freedom and Privacy Committee re: Power of Attorney **(ID ONLY)** | GJ001080 - GJ001082 |
| 316 | Fax dated 11/24/03 from Mark Dinger to Freedom and Privacy Committee re: Dept. of Treasury Letter **(ID ONLY)** | GJ001085 - GJ001086 |

| 317 | United States map re: Freedom and Privacy Committee and Compensation Consultants | |

DATED this 2nd day of November, 2009.

Respectfully submitted,
KENT S. ROBINSON
Acting United States Attorney

/s/ *Michelle Holman Kerin*
ALLAN M. GARTEN
Assistant United States Attorney
MICHELLE HOLMAN KERIN
Special Assistant United States Attorney