SAMUEL C. KAUFFMAN, OSB #94352
GARVEY SCHUBERT BARER
121 S.W. Morrison, 11th Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
Email: skauffman@gsblaw.com

Attorneys for Defendant
Richard Allen Fuselier

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>     v.<br><br>**RICHARD ALLEN FUSELIER,**<br><br>          Defendant. | **Case No. CR 07-535-BR**<br><br>**NOTICE OF COUNSEL REPRESENTATION** |

  Pursuant to the Court's Order dated April 20, 2010 (Doc. No. 381), defendant, Richard Allen Fuselier through counsel hereby gives notice to the Court that attorney Samuel C. Kauffman will be representing him at his sentencing hearing scheduled for July 27, 2010.

//

//

//

As of the filing of this Notice, co-counsel Marc Blackman will no longer render any services on Mr. Fuselier's behalf in this case.

DATED this 4th day of May, 2010.

                                              GARVEY SCHUBERT BARER

                                              By  /s/Samuel C. Kauffman
                                                   Samuel C. Kauffman, OSB #94352
                                                   Telephone: (503) 228-3939
                                                   Email: skauffman@gsblaw.com
                                                   Attorneys for Defendant
                                                   Richard Allen Fuselier

PDX_DOCS:450089.1 [37225-00100]